UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIRJAYMES DANIELS,

    Plaintiff,                                         Case No. 1:16-cv-99

v.                                                 HON. JANET T. NEFF

MATRIX MHC, et al.,

    Defendants.
    _____/

## ORDER

This is a civil action involving a *pro se* litigant. On February 3, 2016, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

A Judgment will be entered consistent with this Order.

Dated: February 23, 2016                                    /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge